IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 5:11MJ00063 JLT |
| ) Plaintiff, ) | |
| v. ) | ORDER TO UNSEAL ARREST WARRANT |
| ) | AND CRIMINAL COMPLAINT |
| SERGIO AGUILAR, ) | |
| ) Defendant. ) | |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrant in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint and Arrest Warrant in the above-entitled proceedings shall be unsealed.

DATED: December 15, 2011

JENNIFER L. THURSTON
U.S. Magistrate Judge

1

```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | KAREN A. ESCOBAR
   | Assistant U.S. Attorney
 3 | 2500 Tulare Street
   | Fresno, California 93721
 4 | Telephone: (559) 497-4000
 5 |
 6 |         IN THE UNITED STATES DISTRICT COURT FOR THE
 7 |              EASTERN DISTRICT OF CALIFORNIA
 8 | UNITED STATES OF AMERICA,    )   5:11MJ00063 JLT
                                  )
 9 |         Plaintiff,            )
                                  )
10 |    v.                         )
                                  )
11 |                               )   APPLICATION TO UNSEAL CRIMINAL
   | SERGIO AGUILAR,               )   COMPLAINT AND ARREST WARRANT
12 |                               )
   |         Defendant.            )
13 | _____)
14 |
15 |
16 |    The United States of America hereby applies to this Court for
17 | an order unsealing the arrest warrant and criminal complaint in
18 | the above-captioned proceeding.
19 |    This motion is based on the fact that the defendant in this
20 | matter was arrested on the criminal complaint.
21 | Dated: December 15, 2011        Respectfully submitted,
22 |                                 BENJAMIN B. WAGNER
                                     United States Attorney
23 |
                                By:  /s/ Karen A. Escobar
24 |                                  KAREN A. ESCOBAR
                                     Assistant U.S. Attorney
25 |
26 |
27 |
28 |
                            1
```